IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr145

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERRY DEMARIO GUESS. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the unopposed Motion to Continue Plea & Rule 11 Hearing. Defendant has shown good cause for the proposed extension.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the unopposed Motion to Continue Plea & Rule 11 Hearing (#22) is **ALLOWED,** and the Rule 11 hearing is continued from August 31, 2011. This matter will remain peremptorily set for trial until a plea is accepted.

Signed: September 2, 2011

Max O. Cogburn Jr.
United States District Judge

-1-